

**Charles H. WYNN, Appellee, v. STATE of Texas, Appellee.**

**No. 23033.**

Court of Criminal Appeals of Texas.

Dec. 6, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant's motion to withdraw his appeal is granted, and the clerk is directed to so certify.

**Charles H. WYNN, Appellant, v. STATE of Texas, Appellee.**

**No. 23034.**

Court of Criminal Appeals of Texas.

Dec. 6, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of forgery, and his punishment assessed at two years' confinement in the penitentiary.

Since the filing of the record in this court, the appellant has presented a written motion, duly verified, stating that he no longer desires to prosecute his appeal, and requesting that the same be dismissed. The motion is granted and the appeal is ordered dismissed.

**Charles H. WYNN, Appellant, v. STATE of Texas, Appellee.**

**No. 23035.**

Court of Criminal Appeals of Texas.

Dec. 6, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Forgery is the offense; the punishment, two years in the penitentiary.

Appellant's personal affidavit evidences the fact that he wishes to withdraw his appeal.

The appeal is, therefore, dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Mack C. WILLIAMS, Appellee, v. STATE of Texas, Appellee.**

**No. 22963.**

Court of Criminal Appeals of Texas.

Nov. 15, 1944.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted by a jury on a charge of theft and assessed a penalty of $10 and 30 days in jail.

The record brings nothing for our consideration. The judgment is affirmed.